**FILED**

**NOV 2 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**OSAMA MOSTAFA BEDIER**
1794 Harmil Way
San Jose, CA 92125, by Counsel

**Plaintiff.**

vs.

Case: 1:07-cv-02131
Assigned To : Friedman, Paul L.
Assign. Date : 11/26/2007
Description: Admn. Agency Review

**MICHAEL B. MUKASEY, Attorney General of the United States**
Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS");**
c/o Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

**EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services ("CIS");**
c/o Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

**CHRISTINA POULOS, District Director for the California CIS District;**
c/o Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

**ROBERT S. MUELLER III, Director Federal Bureau of Investigations**
c/o FBI Office of General Counsel
Room 7427,
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

1

SZABO, ZELNICK,
& ERICKSON, P.C.
Attorneys At Law
LAKE RIDGE EXECUTIVE PARK
12610 Lake Ridge Drive
Woodbridge, Virginia 22192

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
 janoll@szelaw.com

**Defendants.**

---

## COMPLAINT FOR DE NOVO NATURALIZATION AND/OR MANDAMUS

---

### I.    BACKGROUND AND STATEMENT OF CASE AND FACTS

Plaintiff, Osama Mostafa Bedier, files this complaint for *de novo* Naturalization and/or a Writ of Mandamus seeking the following relief: (1) adjudication of his naturalization application which has been pending with the Citizenship and Immigration Services since April 18, 2005. (Exhibit 1, I-797 Receipt Notice for Naturalization Application). This court may grant *de novo* review of the application under INA section 336(b); 8 U.S.C. §1447(b), which gives the District Court exclusive jurisdiction over naturalization applications which have been pending for more than 120 days. 8 U.S.C. §1421; 8 U.S.C. §1427; 8 C. F. R. §§103.1(g)(2)(ii), and 316.2. *United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004). Plaintiff also seeks declaratory and injunctive relief to protect his constitutional and statutory rights as a lawful permanent resident (LPR) to timely adjudication of his N-400 Application for United States Citizenship.

Plaintiff is a lawful permanent resident who obtained his residency on February 9, 2001. (Exhibit 2, Resident Alien Card). Petitioner resides in San Jose California within jurisdiction of the California District of Citizenship and Immigration Services ("CIS").

2

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

Plaintiff has resided as a permanent resident in the United States for the requisite period of time before becoming eligible to apply for United States Citizenship. Immigration and Nationality Act ("INA") §316(a), 8 U.S.C. §1427(a).

On April 18, 2005, Plaintiff paid $320.00 fee for an application for citizenship and on May 5, 2005 paid an additional $70.00 fee for processing his fingerprints and submitted his application for adjudication by CIS. 8 C.F.R. §§316.4, 103.7. (Exhibit 3, N-400 Application for Naturalization, and Exhibit 1, I-797 Receipt Notice for the N-400). On September 28, 2005, he was interviewed by Officer Zhang on the application for naturalization and passed the required examination for English and the civics exam. INA §312(a)(1-2), 8 U.S.C. §1423(a)(1-2). (Exhibit 4, Naturalization Interview Results). In January of 2007 he was told that his application was approved pending FBI security checks. (Exhibit 5, Electronic Correspondence from CIS ).

Although having completed his application for United States Citizenship, Plaintiff has been waiting since September 28, 2005 for a decision on his application. Such inaction violates Plaintiff's statutory and constitutional rights.

As a lawful permanent resident, Plaintiff has acquired all the rights and obligations federal law accords persons with legal permanent resident status. Plaintiff is lawfully in the United States and has the right to apply for United States Citizenship. United States Citizenship is a cherished privilege that brings with the right to fully participate in our democracy, to vote, to serve on a jury, and to hold public office. United States Citizenship also allows certain individuals to engage in employment that is limited

3

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

to United States Citizens. Citizenship protects such individuals from the ever expanding web of civil and criminal offenses that render an individual removable from the country. United States Citizenship confers the benefit of allowing such individuals to file petitions for other members of their family and, in some cases, shorten or eliminate the lengthy backlogs in family categories. Citizenship confers other business-related benefits such as the ability to apply for federal small-business loans and to travel abroad more freely under the terms of the Visa Waiver Pilot Program. Plaintiff, however, cannot fully enjoy these rights

Plaintiff seeks an Order in Mandamus from this Court ordering CIS to immediately complete processing of his naturalization application. Alternatively, plaintiff seeks *de novo* review of his naturalization application under INA section 336(b); 8 U.S.C. §1447(b) which allows for jurisdiction in the United States District Court over naturalization claims that have been pending for more that 120 days after the initial interview. Finally, Plaintiff seeks declaratory and injunctive relief requiring Defendants to complete all necessary security checks and fully adjudicate Plaintiff's naturalization application forthwith.

## I.     JURISDICTION

*1.*     This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. §1101 *et seq.*, as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L No. 104-208, 110 Stat. 1570, and the Administrative Procedure Act ("APA"), 5 U.S.C §701

4

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

*et seq.* This Court has jurisdiction under 28 U.S.C. §§1331, 1361, and 2201. This Court may grant relief pursuant to 28 U.S.C. §§1361, 2201, 2202 and 5 U.S.C. 702 *et seq.*

2.    Jurisdiction is not barred by the REAL ID amendments to the Judicial review provisions of the Immigration and Nationality Act since this action is not a challenge of a final removal order, or a discretionary determination. Pub.L.No. 109-13 (May 11, 2005), amending INA section 242; 8 U.S.C. §1252. In addition, 8 U.S.C. 1252 (b)(2)(ii)(as amended by REAL ID), states that it applies to agency decisions or action, "the authority for which is specified *under this title*" to be discretionary. The "title" referred to is Title II of the INA. See INA §310 *et seq.*, 8 U.S.C. §1421 *et seq.* Thus, 8 U.S.C. §1252(b)(2)(ii) is not an issue with regard to review of naturalization applications.

3.    Should the Court review this case through Mandamus, jurisdiction is also not barred since Plaintiff seeks adjudication of, rather than approval of, his naturalization application.

4.    This complaint also arises under INA section 336(b); 8 U.S.C. §1447(b) which allows for *de novo* jurisdiction in the United States District Court over naturalization claims that are not adjudicated within 120 days of interview. 8 U.S.C. §1421; 8 U.S.C. §1427; 8 C.F.R. §103.1 (g)(2)3(ii), 8 C.F.R. §310.2, and 8 C.F.R. §316.3.

## II. VENUE

5.    Venue lies in the United States District Court for the District of Columbia because the majority of the Defendants in this action are present in this district. 28 U.S.C. §1391(e). In addition, Defendants are officers or employees of federal agencies of the

5

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
   janoll@szelaw.com

United States government, acting in their official capacity under color of legal authority all with offices and significant contacts located in the District of Columbia.

### III. PARTIES

6.     Plaintiff, Osama Bedier is a lawful permanent resident of the United States and resident of the State of California. He obtained his lawful permanent residency as the spouse of a United States Citizen on February 9, 2001. (Exhibit 2, Lawful Permanent Resident Card).

7.     As a lawful permanent resident, Plaintiff is protected by the Due Process Clause of the Fifth Amendment. Plaintiff has applied for United States Citizenship as allowed under the Immigration and Nationality Act, has paid all required fees and fully complied with all of the obligations of the application.

8.     Defendant Christina Poulos is the CIS  District Director of the San Jose District of the CIS. In her capacity as CIS District Director, Ms. Poulos administers the immigration laws on behalf of the Secretary for Homeland Security (hereinafter "DHS") in the Plaintiff's jurisdiction. In her position, she has decision-making authority with respect to the matters alleged in this complaint by the Plaintiff whose immigration case is in the control of the California District Office. She has been delegated the authority under 8 C.F.R. §310.2 to control all activities within the California District, including authority to grant or deny naturalization applications. She is sued in her official capacity.

9.     Defendant Emilio T. Gonzalez, is the director of CIS of the DHS. In his capacity as Director of CIS, Mr. Gonzalez is responsible for the administration of immigration

6

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

benefits and services including the processing of citizenship applications, family and employment-based petitions, alien registration, asylum and refugee processing, and issuance of documentation evidencing immigration status and citizenship. As such, he has decision-making authority over the matters alleged in this complaint, specifically CIS's failure to adjudicate the naturalization application and complete the necessary "name" checks in a timely manner. INA §310, 8 U.S.C. §1421, *et seq.* He is sued in his official capacity.

10.    Defendant Michael Chertoff is the Secretary of Homeland Security. Secretary Chertoff is charged with, among other things, administering the CIS and the implementation and enforcement of the Immigration and Nationality Act. As such, he has ultimate decision-making authority over the matters alleged in this complaint, specifically CIS's failure to adjudicate the naturalization application and complete the "name" checks in a timely manner. INA §310, 8 U.S.C. §1421 *et seq.* He is sued in his official capacity.

11.    Defendant Michael B. Mukasey is the Attorney General of the United States, and as such, is head of the United States Department of Justice and the Chief Law Enforcement Officer of the Federal Government. The Attorney General has the power to naturalize persons as citizens of the United States, 8 U.S.C. §1421(a). The Attorney General is ultimately responsible for the Federal Bureau of Investigations, subdivision of the Justice Department. The Attorney General is sued in his official capacity.

12.    Defendant Robert S. Mueller is the director of the Federal Bureau of Investigations ("FBI"). As Director of the FBI, he is charged with administering the FBI

7

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

and its various subsets. As such, he has ultimate decision-making authority over the matters alleged in this complaint, specifically, the timely processing of security checks for purposes of adjudication of naturalization applications. He is sued in his official capacity.

**IV.**     **LEGAL FRAMEWORK**

**A.     NATURALIZATION**

13.     Plaintiff is a lawful permanent resident of the United States. (Exhibit 2, Lawful Permanent Resident Card).

14.     Plaintiff has resided as a lawful permanent resident for the required statutory period of time necessary to qualify him to be eligible to file for naturalization. INA §316(a).

15.     Beginning ninety days before the completion of the required residency period, applicants for naturalization may commence the application process by submitting for N-400 to the Service Center with jurisdiction over the applicant's place of residence for preliminary processing along with the required filing fees of $320.00 and an additional fee of $70.00 for processing of fingerprints and biometrics. 8 C.F.R. §§310.2; 334.2(a); 103.7. (Exhibit 3, Application for Naturalization).

16.     The Service Center processes the application and schedules the applicant for fingerprints and for an examination. 8 C.F.R. §310.2, 334.2(a). The case is then transferred to the District Office for the naturalization interview and examination.

8

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

17.    The regulations require that the interview and examination cannot be scheduled until CIS has received definitive response from the FBI that a full criminal background check of an applicant has been completed. 8 C.F.R. §335.2(b).

18.    Fingerprints are conducted at the local Application Support Center and are electronically transmitted to the FBI. In most cases, the FBI processes and returns the results to CIS within 24 hours.

19.    The applicant must appear for an initial examination. INA §335(a); 8 U.S.C. §1446(a); 8 C.F.R. §335.1. At the examination, the applicant is interviewed regarding the responses on the N-400 to determine statutory eligibility for naturalization and to elicit all information on eligibility. 8 C.F.R. §335.2(a). Generally, the applicant must demonstrate the required period of physical residency, good moral character during that period, and also demonstrate that he or she is positively disposed to the principals of the United States Constitution and willing to take an oath of allegiance to the United States. 8 C.F.R §335.2(a).

20.    The applicant is also required to pass a test of English comprehension including written and spoken English, unless exempted. 8 C.F.R. §312.1(c)(1).

21.    If there are deficiencies in the application, or the individual does not pass the English or civics examination, the applicant is offered the opportunity to overcome the deficiencies, and/or retake the examination. The applicant must be offered at least 60 days to overcome such deficiencies. 8 C.F.R.§335.3(b). If the person does not pass the

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

English or civics exam, he or she will be offered a second opportunity to take the exam within 90 days. 8 C.F.R. §312.5(a).

22.    Under all circumstances, the regulations require CIS to schedule a second interview within the 120 day period after the initial application and/or make a decision to grant or deny the naturalization application within 120 days of the interview. 8 C.F.R. §335.3(a). The statute confirms that if the CIS does not make a decision within the 120 day period after the examination, the applicant may request that the U.S. District Court take jurisdiction over the case and intervene either by deciding to naturalize the applicant or by ordering the CIS to make a decision on the case. INA §36(b), 8 U.S.C. §1447(b).

23.    The CIS officer <u>must</u> grant the application if the applicant has complied with all the requirements for naturalization. There is no discretion in these determinations. 8 C.F.R. §335.3(a).

24.    If the application is denied, such denial must be within 120 days of the initial interview. 8 C.F.R. §336.1(a). Such denial must be written in narrative form and contain a concise, clear explanation of the facts which serve as the basis for the denial, the section of law applicable which bars the applicant from admission to citizenship, and the legal reasons supporting the denial. 8 C.F.R. §336.1(b). The denial must also include an explanation of the applicant's rights to administrative review. *Id*. This notice must be served in person or by certified mail at the applicant's last known address. 8 C.F.R. §336.1(c). The application and file are then transferred to the CIS officer in charge of conducting administrative reviews of denials. 8 C.F.R. §335.4.

10

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

25.     If the case is approved, the applicant is scheduled for an oath ceremony at which time the individual formally takes an oath of allegiance to the United States and receives his or her naturalization certificate. INA §337(a), 8 U.S.C. §1448(a).

26.     Plaintiff has complied with all statutory and regulatory requirements for his application for naturalization. He is eligible for citizenship as a matter of law, and there is no apparent basis for delay other than the pending name check.

27.     Plaintiff has exhausted all administrative remedies on this case.

28.     Since the date of the September 28, 2005 interview, Plaintiff's naturalization application has been pending without further action while waiting for the FBI to complete a name check for over 760 days as of the date of this filing.

## VII. CLAIMS FOR RELIEF

### Count One
### NATURALIZATION

29.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 28 above.

30.     Plaintiff seeks a determination by the Court that he meets the requirements for naturalization and is to be naturalized as a United States Citizen without further delay. Pursuant to 8 U.S.C. §1447(b), this Court should exercise its authority to grant Plaintiff's naturalization application.

### Count Two
### FIFTH AMENDMENT

31.     Plaintiff re-alleges and incorporates the paragraphs 1-28 above.

11

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

32.     Defendants' policies, practices or customs violate Plaintiff's Fifth Amendment substantive and procedural due process rights.

### Count Three
### MANDAMUS ACTION
### 28 U.S.C. § 1361

33.     Plaintiff re-alleges and incorporates the paragraphs 1-28 above.

34.     Defendants are charged with the responsibility of administering and implementing the Immigration and Nationality Act. Defendants bear sole responsibility for providing a determination on the "name" checks so as to approve the naturalization application within the statutory framework and timeline. Defendants' failure to discharge their statutory obligations is injuring Plaintiff. Defendants' should be compelled to perform a duty owed to Plaintiff, namely, the clearance of the pending name check and the non-discretionary adjudication of the naturalization application.

### Count Four
### ADMINISTRATIVE PROCEDURES ACT
### 5 U.S.C. §§ 701 et seq.

35.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 28 above.

36.     By failure to complete the name check within the 120 day period after the naturalization interview, Defendants' practices and procedures violate the Administrative Procedures Act and constitute agency action that is arbitrary and capricious, and not in accordance with law. 5 U.S.C. §701 *et seq.*

37.     The Administrative Procedures Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. §555. A District Court

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1). The Court may hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. §796(2)(C); or "without observance of procedure required by law," 5 U.S.C. §706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

38.     The failure of the Defendants to adjudicate the naturalization application within 120 days of the date of the naturalization on the basis of delayed "name checks," in violation of 8 U.S.C. §1446(d) and 8 C.F.R. §335, violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

39.     The failure of the Defendants to timely complete name checks with the full knowledge that CIS requires the completion of such name checks for adjudication of applications for naturalization of the Plaintiff violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

40.     The failure of the Defendants to set deadlines for completing name checks and to take all the other reasonable steps necessary to complete the adjudication of application for naturalization of the Plaintiff is in violation of 8 U.S.C. §1446(d) and 8 C.F.R. §335 violates the Administrative Procedures Act, 5 U.S.C. §555(b), 5 U.S.C. §§706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

13

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

## Count Five
## DECLARATORY JUDGMENT ACT

41.    Plaintiff re-alleges and incorporates by reference paragraphs 1 though 28 above.

42.    Plaintiff contends that Defendants actions are unconstitutional, violates the INA, and are arbitrary and capricious and seeks a declaration to that effect. 28 U.S.C. §2201.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request that the Court:

1.    Assume jurisdiction over this matter;

2.    Review *de novo* and grant the Plaintiff's application for naturalization. 8 U.S.C. §1447(b); or

3.    Order Defendants to promptly adjudicate in a time period not to exceed 60 days, the currently pending application for naturalization.

4.    Declare the Defendants' policies, practices and customs which deprive Plaintiff of his rights to a adjudication of his naturalization application within the statutory 120 day timeframe violate the United States Constitution, the Immigration and Nationality Act and the Administrative Procedures Act;

5.    Declare that Defendants' practices violate legal duties owed to Plaintiff under the Immigration and Nationality Act;

6.    Award Plaintiff's reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 5 U.S.C. §504. 28 U.S.C. §2412; and

7.    Grant such other and further relief as may be just and proper.

14

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

Respectfully Submitted,

By: _____

H. Jan Roltsch-Anoll, DC  USDC Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I, H. Jan Roltsch-Anoll, hereby certify that I served a true and correct copy of the above

Petition for *de novo* Review of Naturalization Application and/or Writ of Mandamus

upon the U.S. Attorney for the District of Columbia, Civil Division, Rudy Contreras, via

hand delivery on this 26th day of November, 2007 at 501 Third Street, N.W., 4th Floor,

Washington, DC 20530

And to the following parties via registered mail on November 27, 2007:

Mr. Doug Bow
Chief Counsel
Citizenship and Immigration Services
4730 Paris Street
Denver, CO 80239

15

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Michael Chertoff, Emilio T. Gonzalez, and Mario Ortiz c/o:

Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

Chief of Commercial and Administrative Law Division
Office of the Principle Legal Advisor
Citizenship and Immigration Services
United States Department of Homeland Security
425 I Street NW, Room 6100
Washington, D.C. 20536

Robert Mueller, III c/o
Federal Bureau of Investigations
Office of General Counsel
Room 7427,
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Respectfully Submitted,

By: _____
H. Jan Roltsch-Anoll, DC  USDC Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

16

H. Jan Roltsch-Anoll, Bar #465828
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive
Woodbridge, VA 22192
Phone: 703-494-7171
Fax: 703-643-2666
janoll@szelaw.com

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| OSAMA M. ABDIER | MICHAEL B. MUKASEY, ETAL |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES. USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
H. Jan Roltsch-Anoll       (703)494-7171
Szabo, Zelnick & Erickson, P.C.
12610 Lake Ridge Drive Woodbridge, VA 2219

Case: 1:07-cv-02131
Assigned To : Friedman, Paul L.
Assign. Date : 11/26/2007
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**☒ C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## □ E. General Civil (Other) OR □ F. Pro Se General Civil

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

8 USC § 1447(b) DeNovo Naturalization and/or Mandamus    *28 USC 1361*

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 11/26/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| Receipt with Suspense | | | NOTICE DATE: May 02, 2005 |
| --- | --- | --- | --- |
| CASE TYPE N400    Application For Naturalization | | | INS A# A 077 059 680 |
| APPLICATION NUMBER WSC*001308553 | RECEIVED DATE April 25, 2005 | PRIORITY DATE April 25, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

OSAMA MOSTAFA BEDIER
1794 HARMIL WAY
SAN JOSE CA 95125

PAYMENT INFORMATION:

| Single Application Fee: | $390.00 |
| --- | --- |
| Total Amount Received: | $320.00 |
| Total Balance Due: | $70.00 |

The above application has been received by our office. Our records indicate your personal information is as follows:

Date of Birth:          April 09, 1975
Address Where You Live:   1794 HARMIL WAY
                          SAN JOSE CA 95125

Your application has been suspended from processing for the following reason(s). Please note the reason(s) listed and their explanation, and follow the Instructions to Applicant section listed below. Failure to comply with the instructions of this notice may result in the denial of your application.

Underpayment of Required Fee - insufficient payment was received to cover the fee for this application. Full and complete payment must be submitted before any further processing of your application occurs.

**Instructions to Applicant**

You must return this notice and all required information indicated above to the INS office address listed below. For payment discrepancies, you or the primary payer (if this application was combined with other cases under a single payment) will need to enclose a check or money order payable to the INS for the Total Balance Due amount indicated above. Please do not send cash.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

**IMPORTANT NOTICE:** As of March 29, 1998 applicants who are required to submit fingerprints with any INS application or petition must be fingerprinted at an INS Application Support Center or INS approved Designated Law Enforcement Agency. Applicants must pay an additional fee of $70 to the INS after which they will be scheduled for fingerprinting. Failure to submit this fee within 87 days will result in the [illegible] of the application or petition.

**07 2131**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

**EXHIBIT
1**

WSCS001403613

**FILED**

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form I-797C (Rev. 08/31/00) N









07 2131

# FILED

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EXHIBIT**

2

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0609

**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black or blue ink.

| Part 1.  Your Name *(The Person Applying for Naturalization)* |
| --- |

Write your INS "A"- number here:
A 0 7 7 0 5 9 6 8 0

A. Your current legal name.

Family Name *(Last Name)*

BEDIER

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| OSAMA | MOSTAFA |

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

BEDIER

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| --- | --- |
| OSAMA | MOSTAFA |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?    ☐ Yes   ☑ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

| Given Name *(First Name)* | Full Middle Name |
| --- | --- |
| | |

| Part 2.  Information About Your Eligibility   *(Check Only One)* |
| --- |

I am at least 18 years old AND

A. ☐ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☑ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)*

**FOR INS USE ONLY**

Bar Code                    Date Stamp

Remarks

Action

07 2131
**FILED**
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form N-400 (Rev. 07/18/02)N

**EXHIBIT**
3

| Part 3. Information About You | Write your INS "A"- number here: |
|---|---|
| | A 0 7 7 0 5 9 6 8 0 |

A. Social Security Number
`5 4 2 - 1 7 - 5 5 2 9`

B. Date of Birth *(Month/Day/Year)*
`0 4 / 0 2 / 1 9 7 5`

C. Date You Became a Permanent Resident *(Month/Day/Year)*
`0 2 / 0 9 / 2 0 0 1`

D. Country of Birth
EGYPT

E. Country of Nationality
EGYPT

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☑ No

G. What is your current marital status?  ☐ Single, Never Married  ☑ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*  ☐ Yes  ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

---

| Part 4. Addresses and Telephone Numbers | |
|---|---|

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*
1704 HARMIL WAY

Apartment Number

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| SAN JOSE | SANTA CLARA | CA | 95125 | USA |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

C. Daytime Phone Number *(If any)*
( 408 ) 834-6624

Evening Phone Number *(If any)*
( 408 ) 266-8350

E-mail Address *(If any)*
GBE1ER@EBAY.COM

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A  0  7  7  0  5  9  6  8  0 |

**Note:** The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**
[✓] Male  [ ] Female

**B. Height**
6 Feet 1.0 Inches

**C. Weight**
245.0 Pounds

**D. Are you Hispanic or Latino?**
[ ] Yes  [✓] No

**E. Race** *(Select one or more.)*
[✓] White  [ ] Asian  [ ] Black or African American  [ ] American Indian or Alaskan Native  [ ] Native Hawaiian or Other Pacific Islander

**F. Hair color**
[✓] Black  [ ] Brown  [ ] Blonde  [ ] Gray  [ ] White  [ ] Red  [ ] Sandy  [ ] Bald (No Hair)

**G. Eye color**
[✓] Brown  [ ] Blue  [ ] Green  [ ] Hazel  [ ] Gray  [ ] Black  [ ] Pink  [ ] Maroon  [ ] Other

### Part 6. Information About Your Residence and Employment

**A.** Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 0 4 / 2 0 0 4 | Present |
| 16607 MAPLEGROVE CT., RIVERSIDE, CA 92503    USA | 0 4 / 2 0 0 3 | 0 4 / 2 0 0 4 |
| 11847 WESTVIEW PARKWAY, SAN DIEGO, CA 92126  USA | 0 7 / 2 0 0 1 | 0 4 / 2 0 0 3 |
| 11781 WESTVIEW PARKWAY  #86, SAN DIEGO, CA 92126 USA | 0 8 / 2 0 0 0 | 0 7 / 2 0 0 1 |
| 9290 TOWNE CENTRE DR. #88, SAN DIEGO, CA 92121 | 0 2 / 1 9 9 9 | 0 8 / 2 0 0 0 |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* From | To | Your Occupation |
|---|---|---|---|---|
| EBAY, INC | 2145 HAMILTON AVE. SAN JOSE, CA 95125 | 1 2 / 2 0 0 2 | / | ENGINEERING MANAGER |
| STARGUIDE DIGITAL SYSTEMS | 5754 PACIFIC CENTER BLVD. SAN DIEGO, CA 92121 | 0 2 / 2 0 0 0 | 1 2 / 2 0 0 2 | DIRECTOR, TECHNOLOGY |
| GATEWAY, INC. | 4500 TOWNE CENTRE COURT SAN DIEGO, CA 92121 | 0 1 / 1 9 9 9 | 0 2 / 2 0 0 0 | SR. MANAGER, E-COMMERCE |
| AT&T WIRELESS (LA CELLULAR) | 17785 CENTER COURT DRIVE, CERRITOS, CA 90703 | 0 9 / 1 9 9 6 | 0 1 / 1 9 9 9 | SOFTWARE ENGINEER |
| | | / | | |

Form I-485 (Rev. 10/21/05)N Page 3

**Part 7.  Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A" - number here:
A 0 7 7 0 5 9 6 8 0

A.  How many total days did you spend outside of the United States during the past 5 years?   `88`  days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   `8`  trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|---|
| 0 7 / 0 1 / 2 0 0 2 | 0 7 / 0 6 / 2 0 0 2 | ☐ Yes | ☑ No | GERMANY | 6 |
| 0 2 / 0 1 / 2 0 0 2 | 0 3 / 0 3 / 2 0 0 2 | ☐ Yes | ☑ No | EGYPT SAUDI ARABIA | 31 |
| 1 1 / 1 1 / 2 0 0 1 | 1 1 / 1 5 / 2 0 0 1 | ☐ Yes | ☑ No | JAPAN | 5 |
| 0 3 / 0 6 / 2 0 0 1 | 0 3 / 1 6 / 2 0 0 1 | ☐ Yes | ☑ No | KUWAIT | 11 |
| 1 2 / 2 0 / 2 0 0 0 | 0 1 / 0 6 / 2 0 0 1 | ☐ Yes | ☑ No | CANADA | 17 |
| 0 9 / 0 5 / 2 0 0 0 | 0 9 / 1 0 / 2 0 0 0 | ☐ Yes | ☑ No | KUWAIT | 6 |
| 0 6 / 1 2 / 2 0 0 0 | 0 6 / 1 8 / 2 0 0 0 | ☐ Yes | ☑ No | JAPAN | 8 |
| 0 5 / 2 3 / 2 0 0 0 | 0 5 / 2 6 / 2 0 0 0 | ☐ Yes | ☑ No | JAPAN | 4 |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?   `1`   If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
CLIFFORD

Given Name *(First Name)*
NANCY

Full Middle Name *(If applicable)*
LAURA

2. Date of Birth  *(Month/Day/Year)*
0 9 / 1 4 / 1 9 7 3

3. Date of Marriage *(Month/Day/Year)*
0 1 / 1 7 / 1 9 9 6

4. Spouse's Social Security Number
6 1 9 - 2 4 - 4 2 2 0

5. Home Address - Street Number and Name
1794 HARMIL WAY

Apartment Number

City
SAN JOSE

State
CA

ZIP Code
95125

**Part 8.  Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:

A | 0 | 7 | 7 | 0 | 5 | 9 | 6 | 8 | 0

C.  Is your spouse a U.S. citizen?      ☑ Yes      ☐ No

D.  If your spouse is a U.S. citizen, give the following information:

  1.  When did your spouse become a U.S. citizen?      ☑ At Birth      ☐ Other

    If "Other," give the following information:

  2.  Date your spouse became a U.S. citizen
  ___ / ___ / ___ ___ ___ ___

  3.  Place your spouse became a U.S. citizen *(Please see Instructions)*

  City and State

E.  If your spouse is NOT a U.S. citizen, give the following information :

  1.  Spouse's Country of Citizenship

  2.  Spouse's INS "A"- Number *(If applicable)*
  A ___ ___ ___ ___ ___ ___ ___ ___ ___

  3.  Spouse's Immigration Status

  ☐ Lawful Permanent Resident      ☐ Other

F.  If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

  1.  Prior Spouse's Family Name *(Last Name)*      Given Name *(First Name)*      Full Middle Name *(If applicable)*

  2.  Prior Spouse's Immigration Status
  ☐ U.S. Citizen
  ☐ Lawful Permanent Resident
  ☐ Other _____

  3.  Date of Marriage *(Month/Day/Year)*
  ___ ___ / ___ / ___ ___ ___ ___

  4.  Date Marriage Ended *(Month/Day/Year)*
  ___ ___ / ___ / ___ ___ ___ ___

  5.  How Marriage Ended
  ☐ Divorce      ☐ Spouse Died      ☐ Other

G.  How many times has your current spouse been married (including annulled marriages)?  [ ]

  If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
  If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

  1.  Prior Spouse's Family Name *(Last Name)*      Given Name *(First Name)*      Full Middle Name *(If applicable)*

  2.  Prior Spouse's Immigration Status
  ☐ U.S. Citizen
  ☐ Lawful Permanent Resident
  ☐ Other

  3.  Date of Marriage *(Month/Day/Year)*
  ___ ___ / ___ / ___ ___ ___ ___

  4.  Date Marriage Ended *(Month/Day/Year)*
  ___ ___ / ___ / ___ ___ ___ ___

  5.  How Marriage Ended
  ☐ Divorce      ☐ Spouse Died      ☐ Other

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 7 0 5 9 6 8 0 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.    [ 3 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| ANISA OSAMA BEDIER | 1 0 / 1 4 / 1 9 9 7 | A | USA | 1794 HARMIL WAY SAN JOSE, CA 95125 |
| MOHAMMED-OMAR OSAMA BEDIER | 1 0 / 2 1 / 1 9 9 9 | A | USA | 1794 HARMIL WAY SAN JOSE, CA 95125 |
| OMAR OSAMA BEDIER | 1 0 / 0 7 / 2 0 0 2 | A | USA | 1794 HARMIL WAY SAN JOSE, CA 95125 |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*?   ☐ Yes  ☑ No
2. Have you EVER registered to vote in any Federal, state, or local election in the United States?   ☐ Yes  ☑ No
3. Have you EVER voted in any Federal, state, or local election in the United States?   ☐ Yes  ☑ No
4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return?   ☐ Yes  ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue?   ☐ Yes  ☑ No
6. Do you have any title of nobility in any foreign country?   ☐ Yes  ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?   ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 7 0 5 9 6 8 0 |

**B. Affiliations**

8.  a.  Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☑ No

    b.  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9.  Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

    a.  The Communist Party?  ☐ Yes  ☑ No

    b.  Any other totalitarian party?  ☐ Yes  ☑ No

    c.  A terrorist organization?  ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

    a.  The Nazi government of Germany?  ☐ Yes  ☑ No

    b.  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☑ No

    c.  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☑ No

**C.  Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☑ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 0 7 7 0 5 9 6 8 0

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

| | | Yes | No |
|---|---|---|---|
| 15. Have you **EVER** committed a crime or offense for which you were NOT arrested? | | ☐ | ☑ |
| 16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? | | ☐ | ☑ |
| 17. Have you **EVER** been charged with committing any crime or offense? | | ☐ | ☑ |
| 18. Have you **EVER** been convicted of a crime or offense? | | ☐ | ☑ |
| 19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? | | ☐ | ☑ |
| 20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? | | ☐ | ☑ |
| 21. Have you **EVER** been in jail or prison? | | ☐ | ☑ |

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

| | | Yes | No |
|---|---|---|---|
| 22. Have you **EVER**: | | | |
| a. been a habitual drunkard? | | ☐ | ☑ |
| b. been a prostitute, or procured anyone for prostitution? | | ☐ | ☑ |
| c. sold or smuggled controlled substances, illegal drugs or narcotics? | | ☐ | ☑ |
| d. been married to more than one person at the same time? | | ☐ | ☑ |
| e. helped anyone enter or try to enter the United States illegally? | | ☐ | ☑ |
| f. gambled illegally or received income from illegal gambling? | | ☐ | ☑ |
| g. failed to support your dependents or to pay alimony? | | ☐ | ☑ |
| 23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? | | ☐ | ☑ |
| 24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? | | ☐ | ☑ |

| Part 10. Additional Questions *(Continued)* | Write your INS "A" number here: A 0 7 7 0 5 9 6 8 0 |

## E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☑ No

## F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☑ No

## G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [        ]    Selective Service Number [ __ / __ __ / __ __ / ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

## H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☑ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☑ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☑ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☑ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☑ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A 0 7 7 0 5 9 6 8 0

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*
0 4 / 1 8 / 2 0 0 5

**Part 12. Signature of Person Who Prepared This Application for You *(if applicable)***

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number
( )

Preparer's Address - Street Number and Name

City

State

ZIP Code

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;
that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

U.S. Department of Homeland Security

Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#:  077059680

On September 28, 2005, you were interviewed by USCIS Officer ZHANG

☐ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

**A)_____ Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)_____ A decision cannot yet be made about your application.**

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

07 2131

**FILED**

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EXHIBIT**
4

To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

Alien Number: 077-059-680

**Szabo, Zelnick & Erickson, P.C. Attorneys**
**12610 Lake Ridge Drive**
**Woodbridge, Virginia, 22192**

Date: January 18, 2007

RE: Osama Bedier

Dear Applicant:

The processing of your cases has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name checks investigation is complete, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on the case as soon as the name check is complete. Unfortunately, the USCIS has no control over the FBI name check and we apologize for the delay. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number (1-800-375-5283)

Sincerely,
Information Unit/MEB
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 01-01-06)

07 2131

**FILED**

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT
5