UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSAMA MOSTAFA BEDIER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-2131 (PLF) |
| MICHAEL B. MUKASEY, *et al.*, | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on the defendants' motion to dismiss for improper venue or, in the alternative, to transfer this action to the United States District Court for the Northern District of California. Plaintiff, who is represented by counsel, has not filed a response. The Court therefore will grant the motion as conceded. See Local Civil Rule 7(b). It is hereby

ORDERED that the defendants' motion to dismiss for improper venue or, in the alternative, to transfer this action to the United States District Court for the Northern District of California [2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall remove this case from the docket of this Court. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: February 12, 2008            United States District Judge